428 A.2d 269

Commonwealth v. Vesay, Appellant.

Argued March 3, 1980. Shabut C. Walz, III, for appellant; C. Joseph Rehkamp, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence and order affirmed.

428 A.2d 269

Commonwealth v. Walters, Appellant.

Submitted April 16, 1980. Charles C. Gentile, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.